RECEIVED

JAN - 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENDALL GARRETT MOSING | CIVIL ACTION NO. 16-1776 |
| VERSUS | JUDGE DOHERTY |
| ROBERT LABARGE, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER OF TRANSFER

It has been brought to the attention of this Court that the above matter, which is presently pending before the undersigned judge, is related to a lower numbered case, *Kendall Garrett Mosing, et al. v. Robert Boston, et al.,* Civil Action No. 6:14-2608, assigned to the Honorable S. Maurice Hicks. The Clerk of Court is hereby directed to REMOVE the case from the undersigned's docket and to TRANSFER the same to Judge Hicks for all further proceedings as a related case. All pending motions and any future proceedings in this matter shall be heard by Judge Hicks.

THUS DONE AND SIGNED in Lafayette, Louisiana on this 5th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE