UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| KENDALL GARRETT MOSING | CIVIL ACTION NO. 16-1776 |
|---|---|
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ROBERT LABARGE, ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that this matter is **REMANDED** to the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Defendants' Motion to Dismiss (Record Document 6) and the Plaintiff's Motion for Jurisdictional Discovery (Record Document 11) are **DENIED AS MOOT**, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of September 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE